IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND )
PENSION FUNDS, )
)
        Plaintiffs, )
) No. 08 C 7313
v. )
) Judge Hibbler
JOHNSON TRANSPORT INCORPORATED )
an Illinois corporation ) Magistrate Judge Nolan
)
        Defendant. )

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for entry of a default judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on December 22, 2008 for collection of delinquent contributions, attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2) and to compel an audit of the books and records for the period January 1, 2008 to the present.

2. Service upon JOHNSON TRANSPORT INCORPORATED, an Illinois corporation was made on the Defendant on January 22, 2009, and a copy of the proof of service was filed with the court on January 26, 2009.

3. Defendant is now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

      $12,690.26 Welfare and Pension
      $925.00  Attorneys fees
      $441.00  Court costs
  $14,056.26

WHEREFORE, Plaintiff prays for:

1. Entry of judgment against Defendant, JOHNSON TRANSPORT INCORPORATED, an Illinois corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $14,056.26

2. Grant Plaintiffs other relief deemed equitable and just under the circumstances.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: August 11, 2009